IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RUBY KLINO**, Administratrix of the                                         PLAINTIFF
Estate of Woodrow  Davis, III


v.                         NO. 5:07CV00139 JMM/HDY


**ARKANSAS DEPARTMENT OF CORRECTION**; **LARRY NORRIS**,           DEFENDANTS
individually and in his official capacity as the Director of
the Arkansas Department of Correction; **GAYLON LAY**,
individually and in his official capacity as the Warden of
the Cummins Unit; **CORRECTIONAL OFFICER CYNTHIA ASHLEY**,
individually and in her official capacity as an employee of the
Arkansas Department of Correction; **CORRECTIONAL OFFICER
SGT. HILL**, individually and in his official capacity as an
employee of the Arkansas Department of Correction;
**CORRECTIONAL OFFICER HALL**, individually and in his official
capacity as an employee of the Arkansas Department of
Correction; **CORRECTIONAL OFFICER STRONG**, individually
and in his official capacity as an employee of the Arkansas
Department of Correction; **CORRECTIONAL OFFICER LT. BARNETT**,
individually and in his official capacity as an employee of
the Arkansas Department of Correction; **CORRECTIONAL OFFICER
SMALLWOOD**, individually and in his official capacity as an
employee of the Arkansas Department of Correction; **JOHN DOES
NO. 1-10**, individually and in their official capacities as
employees of the Arkansas Department of Correction;
**CORRECTIONAL MEDICAL SERVICES**; **LPN SHIRLEY COLLINS**,
individually and in her official capacity as an employee of
Correctional Medical Services; and **JOHN DOES 11-15**,
individually and in their official capacities as employees of
Correctional Medical Services

## ORDER

The Court has received findings and a recommendation from Magistrate Judge H. David Young.  No objections have been filed.  After a careful, de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.  The defendants' motion to dismiss is granted in part and denied in part.  See Document 5.  Specifically, it is granted in part and denied in part in the following respects:

(1) The defendants' motion is granted as to plaintiff Ruby Klino's claims against defendant Arkansas Department of Correction ("ADC").  The ADC is dismissed as a party to this proceeding.

(2) The defendants' motion is denied as to plaintiff Ruby Klino's claims against defendants Larry Norris ("Norris") and Gaylon Lay ("Lay") in their individual capacities.

(3) The defendants' motion is granted as to plaintiff Ruby Klino's damage claims against Norris and Lay in their official capacities.

(4) The defendants' motion is denied as to plaintiff Ruby Klino's claims for prospective relief against Norris and Lay in their official capacities.

(5) The defendants' motion is denied as to plaintiff Ruby Klino's damage claims against defendants Cynthia Ashley ("Ashley), Darrick Hill ("Hill"), James Barnett ("Barnett"), and Marcus Strong ("Strong") in their individual capacities.

(6) The defendants' motion is granted as to plaintiff Ruby Klino's damage claims

against Ashley, Hill, Barnett, and Strong in their official capacities.

(7) The defendants' motion is denied as to plaintiff Ruby Klino's claims for prospective relief against Ashley, Hill, Barnett, and Strong in their official capacities.

IT IS SO ORDERED this 20th day of February, 2008.


_____
UNITED STATES DISTRICT JUDGE