# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**RUBY KLINO**, Administratrix of the                                                              PLAINTIFF
Estate of Woodrow Davis, III


v.                                    NO. 5:07CV00139 JMM


**ARKANSAS DEPARTMENT OF CORRECTION**; **LARRY NORRIS**,                    DEFENDANTS
individually and in his official capacity as the Director of
the Arkansas Department of Correction; **GAYLON LAY**,
individually and in his official capacity as the Warden of
the Cummins Unit; **CORRECTIONAL OFFICER CYNTHIA ASHLEY**,
individually and in her official capacity as an employee of the
Arkansas Department of Correction; **CORRECTIONAL OFFICER
SGT. HILL**, individually and in his official capacity as an
employee of the Arkansas Department of Correction;
**CORRECTIONAL OFFICER HALL**, individually and in his official
capacity as an employee of the Arkansas Department of
Correction; **CORRECTIONAL OFFICER STRONG**, individually
and in his official capacity as an employee of the Arkansas
Department of Correction; **CORRECTIONAL OFFICER LT. BARNETT**,
individually and in his official capacity as an employee of
the Arkansas Department of Correction; **CORRECTIONAL OFFICER
SMALLWOOD**, individually and in his official capacity as an
employee of the Arkansas Department of Correction; **JOHN DOES
NO. 1-10**, individually and in their official capacities as
employees of the Arkansas Department of Correction;
**CORRECTIONAL MEDICAL SERVICES**; **LPN SHIRLEY COLLINS**,
individually and in her official capacity as an employee of
Correctional Medical Services; and **JOHN DOES 11-15**,
individually and in their official capacities as employees of
Correctional Medical Services

## ORDER

The Court has received findings and a recommendation from Magistrate Judge H. David Young.  No objections have been filed.  After a careful, de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.  The defendants' motions for summary judgment are granted.  See Documents 21 and 24.  All of the defendants and this proceeding are dismissed.  Judgment will be entered for all of the defendants.

IT IS SO ORDERED this 12  day of  September  , 2008.

_____
UNITED STATES DISTRICT JUDGE