IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RUBY KLINO**, Administratrix of the                                          PLAINTIFF
Estate of Woodrow Davis, III


v.                                        NO. 5:07CV00139 JMM


**ARKANSAS DEPARTMENT OF CORRECTION**; **LARRY NORRIS**,                    DEFENDANTS
individually and in his official capacity as the Director of
the Arkansas Department of Correction; **GAYLON LAY**,
individually and in his official capacity as the Warden of
the Cummins Unit; **CORRECTIONAL OFFICER CYNTHIA ASHLEY**,
individually and in her official capacity as an employee of the
Arkansas Department of Correction; **CORRECTIONAL OFFICER
SGT. HILL**, individually and in his official capacity as an
employee of the Arkansas Department of Correction;
**CORRECTIONAL OFFICER HALL**, individually and in his official
capacity as an employee of the Arkansas Department of
Correction; **CORRECTIONAL OFFICER STRONG**, individually
and in his official capacity as an employee of the Arkansas
Department of Correction; **CORRECTIONAL OFFICER LT. BARNETT**,
individually and in his official capacity as an employee of
the Arkansas Department of Correction; **CORRECTIONAL OFFICER
SMALLWOOD**, individually and in his official capacity as an
employee of the Arkansas Department of Correction; **JOHN DOES
NO. 1-10**, individually and in their official capacities as
employees of the Arkansas Department of Correction;
**CORRECTIONAL MEDICAL SERVICES**; **LPN SHIRLEY COLLINS**,
individually and in her official capacity as an employee of
Correctional Medical Services; and **JOHN DOES 11-15**,
individually and in their official capacities as employees of
Correctional Medical Services

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for all of the defendants in this proceeding. The complaint filed by plaintiff Ruby Klino ("Klino"), the Administratrix of the Estate of Woodrow Davis III ("Davis"), is dismissed.

IT IS SO ORDERED this  12  day of  September , 2008.


_____
UNITED STATES DISTRICT JUDGE